```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA


    United States of America,        ) Criminal Action
                                     ) No. 21-mj-609
                      Plaintiff,     )
                                     ) DETENTION HEARING
    vs.                              )
                                     ) Washington, DC
    Raymond Glover,                  ) September 22, 2021
                                     ) Time:  11:15 a.m.
                      Defendant.     )
    _____

                    TRANSCRIPT OF DETENTION HEARING
                             HELD BEFORE
                    THE HONORABLE JUDGE ZIA M. FARUQUI
                    UNITED STATES MAGISTRATE JUDGE
    _____

                          A P P E A R A N C E S

    For the Plaintiff:      April Russo
                            Assistant United States Attorney
                            555 Fourth Street, NW
                            Washington, DC  20001
                            (202) 252-1717
                            Email:  April.russo@usdoj.gov

    For the Defendant:      Jose German
                            Assistant Federal Public Defender
                            625 Indiana Avenue, NW
                            Suite 550
                            Washington, DC  20004
                            (202) 208-7500
                            Email:  Jose_german@fd.org

    Probation Officer:      John Copes

    Proceedings reported by audio recording.
    _____

    Transcribing Court Reporter:
                            Janice Dickman, RMR, CRR, CRC
                            Official Court Reporter
                            United States Courthouse, Room 6523
                            333 Constitution Avenue, NW
                            Washington, DC  20001
                            202-354-3267
```

1       THE COURTROOM DEPUTY:  This is magistrate case
2   21-609, the *United States of America versus Raymond Glover*.
3   The defendant is present by telephone.  This matter is set for
4   return on arrest warrant and initial appearance.
5       Parties please introduce yourselves for the record,
6   starting with the government.
7       MS. RUSSO:  Good afternoon, Your Honor.  April Russo
8   on behalf of the United States.
9       MR. GERMAN:  Jose German on behalf of Mr. Glover.
10      PRETRIAL SERVICES:  Good afternoon, Your Honor.  John
11  Copes, pretrial services.
12      THE COURT:  If you could swear in Mr. Glover, please.
13      (Whereupon the defendant was duly sworn.)
14      THE COURT:  Mr. Glover, this is Judge Faruqui.  Are
15  you able to hear me all right?
16      THE DEFENDANT:  Yes.
17      THE COURT:  I'm the magistrate judge assigned to your
18  case.  You've already been sworn in, so it's really important
19  that you're truthful in how you answer questions that I ask
20  you.  If for some reason you don't understand something or
21  you're not sure if you can be truthful or not sure -- if you
22  just feel like you can't go forward, you need to speak up and
23  let me know.  Okay?
24      THE DEFENDANT:  Yes, sir.
25      THE COURT:  I want to make sure, first, to begin

1    with, that you're comfortable going forward in this proceeding
2    with you on audio.  Hopefully we'll appoint Mr. German to
3    represent you shortly, but until then I'll speak to you
4    directly.  Based on the what's called the CARES Act, it's a law
5    passed by Congress that allows us to do this in light of the
6    ongoing pandemic.  It's not ideal, but are you comfortable
7    going forward this way?
8              THE DEFENDANT:  Yes.
9              THE COURT:  Okay.  Thanks so much.  I want to next
10   inform you about charges that -- what's going to happen today.
11   First, we'll go over the charges that have been filed, I'll
12   pronounce what the procedures are today in terms of your
13   rights, we'll talk about a potential detention hearing today.
14   So even though you're presumed innocent, the government may
15   request that you be detained pretrial on this matter.  And
16   finally, we'll also talk about what will happen next in your
17   case, if you're going to have speedy trial rights asserted,
18   what that means, and what will happen going forward.
19             But to begin with, I just want to make sure you're
20   able to go forward and able to -- make sure that you know
21   what's going on.  So, to begin with, can you just please --
22   just some basic background questions.  Can you state your name
23   for the record, please?
24             THE DEFENDANT:  Raymond Glover.
25             THE COURT:  Okay.  How old are you sir?

1               THE DEFENDANT:  Forty years old.

2               THE COURT:  Okay.  How far did you get in school?

3               THE DEFENDANT:  Two years of college.

4               THE COURT:  And, last question, have you taken any

5    pills or drugs or medicine or drank any alcohol in the last 24

6    hours that make it difficult to understand what's going on

7    today?

8               THE DEFENDANT:  No.

9               THE COURT:  Now, this is going to be extremely

10   challenging to get through, Mr. Glover.  You know, it's easy

11   for me to say that, even, because I have not sat in your shoes.

12   So I know one thing, though, that it's hard.  So all I can do

13   is my best to try to hear you and give you an opportunity to

14   speak, give you an opportunity to speak to Mr. German, if you

15   have confusion or questions or concerns.  And we'll just take

16   one thing at a time, okay?

17              THE DEFENDANT:  Yes, sir.

18              THE COURT:  So, I've reviewed the charging documents

19   that were filed against you.  The government has filed a

20   criminal complaint that charged you with one count of receipt

21   of child pornography, in violation 18 U.S.C. 2252A(a)(2), and

22   one count of possession and access with intent to view child

23   pornography, in violation of 18 U.S.C. 2252A(a)(5)(B).

24              I next want to advise you of your rights.  You have

25   certain rights, that it's my job to protect them.  First is

1   your right to remain silent.  That means you don't have to say
2   anything to any law enforcement officers while these charges
3   are pending against you.  Anything you say to law enforcement
4   officers can be used against you in this proceeding or in a
5   future proceeding going forward.  If you've already said
6   something to a law enforcement officer, you need say nothing
7   more.  Do you understand that, Mr. Glover?
8            THE DEFENDANT:  Yes.
9            THE COURT:  You have a right to assistance of
10  attorney to represent you in this matter.  If you can't afford
11  to hire your own, I will appoint one for you at the
12  government's expense.  Here, I understand you've spoken to
13  Mr. German.  Would you like me to appoint Mr. German to
14  represent you here?
15           THE DEFENDANT:  Yes.
16           THE COURT:  Mr. German, do you have any facts that
17  you can help me, in terms of a proffer, as to your client's
18  eligibility for the appointment of counsel?  Or else I can
19  inquire of him.
20           MR. GERMAN:  I apologize, Your Honor.  I did not ask.
21           THE COURT:  No need to apologize.
22           Mr. Glover, just one question.  I'm sorry to have to
23  get into your finances, but just -- if you can confirm that you
24  currently do not have a job, as of today, where you earn more
25  than $75,000 a year?

1           THE DEFENDANT:  Yes.
2           THE COURT:  Great.  Thank you.  Based on your
3    confirmation of that, I believe that it is appropriate to
4    appoint counsel for you, Mr. Glover.
5           I'm going to be talking to Mr. German, primarily,
6    going forward.  He's the attorney who will be representing you
7    in this matter.  However, if you have any questions or concern,
8    you need to speak up.  We'll always be cautious, though,
9    because of your right to remain silent.  It's your life, so you
10   need to understand what's happening.  Okay?
11          THE DEFENDANT:  Yes, sir.
12          THE COURT:  Okay.  Next, I want to warn the
13   government, pursuant to Rule 5(f) of the Rules of Criminal
14   Procedure, that they must turn over all exculpatory evidence,
15   and that's pursuant to *Brady versus Maryland* and its related
16   cases.  Failure to do so may result in sanctions, including
17   exclusion of evidence, adverse jury instructions, dismissal of
18   charges, and possible contempt proceeding.  What that means,
19   Mr. Glover is that if the government has evidence that's
20   helpful to your case, they've got to turn it over, they can't
21   sit on it.  Okay?
22          THE DEFENDANT:  Okay.  Yes.
23          THE COURT:  Ms. Russo, as I understand it, the
24   government is requiring -- sorry, requesting detention in this
25   matter and is prepared to go forward with the detention hearing

1    today, is that correct?
2            MS. RUSSO: That's correct, Your Honor. But my
3    understanding is, from defense counsel, that they are going to
4    move to continue the hearing.
5            THE COURT: Okay. Thank you. Mr. German, I'm happy
6    to hear from you as to the government's request for pretrial
7    detention.
8            MR. GERMAN: Your Honor, we are requesting for
9    (unintelligible).
10           THE COURT: How long did you want to continue? It's
11   hard to hear you.
12           MR. GERMAN: Sorry, Your Honor. Just one day. We
13   ask for tomorrow afternoon.
14           THE COURT: No problem.
15           So, Mr. Glover, you heard from Mr. German just how --
16   it's something that Mr. German needs time so he can get the
17   evidence together. He's just gotten this case just now, today,
18   whereas Ms. Russo, obviously, has had it for a while. In order
19   for Mr. German to be effective in his arguments and present
20   evidence to me to help me in my consideration of where a person
21   is who is presumed innocent should be detained, I have to look
22   at those -- deep into the weeds on those facts. So Mr. German
23   is going to take the time to get that together.
24           I understand it must be frustrating to have to wait a
25   day, but that's something that happens and allows Mr. German to

1   make stronger arguments.  That's, obviously, for your benefit.
2   Does that make sense to you, Mr. Glover?
3              THE DEFENDANT:  Yes.
4              THE COURT:  Okay.  Ms. Lavigne-Rhodes, what time
5   would you think we can set this tomorrow?
6              THE COURTROOM DEPUTY:  Right now, Your Honor, we're
7   looking at, most likely, 4 p.m.
8              THE COURT:  Okay.  Mr. German, does that work for
9   you?
10             MR. GERMAN:  Yes, Your Honor.
11             THE COURT:  Okay.  Thank you so much.
12             Ms. Russo, does that work for you?
13             MS. RUSSO:  Your Honor, I will not be appearing
14  tomorrow, so somebody is going to cover from my office.  But I
15  believe 3 o'clock would be a little bit better for the person
16  that's covering, if possible.
17             THE COURT:  I think --
18             THE COURTROOM DEPUTY:  We have a 3 p.m. detention
19  hearing.
20             MS. RUSSO:  I think 4 o'clock will work, Your Honor.
21  I have two possible people covering, and I think one of them is
22  available at 4.
23             THE COURT:  What about 3:30, Ms. Lavigne-Rhodes?
24             THE COURTROOM DEPUTY:  We can put it there, yes.
25  Hopefully everything works out.  Yes.

1   THE COURT:  Everything works out.  I hear you, Ms.
2   Lavigne-Rhodes.
3       THE COURTROOM DEPUTY:  It's close.
4       THE COURT:  No, no, I got it.  I don't need to see
5   it, I can tell by the expression.
6       What do you think, Ms. Russo?  What do you think?  I
7   understand that could be challenging.
8       MS. RUSSO:  I think we can set it at 4, because the
9   one person confirmed she can do 4; one of them cannot.
10      THE COURT:  Is one of them Myla Smith?
11      MS. RUSSO:  No.  No, Your Honor.  I have a couple of
12  child exploitation prosecutors that I've reached out to.
13      THE COURT:  Okay.  And Ms. Blaine has already added
14  something.  All right.  Ms.  Lavigne-Rhodes, as usual.  So
15  we'll set this for 4 p.m. tomorrow.
16      Mr. Glover, you understand you have to be back at
17  4 p.m. tomorrow.  We'll hear from Mr. German, and then one of
18  the government prosecutors as to why they think it is
19  appropriate to detain you.
20      Mr. Glover, do you understand that?
21      THE DEFENDANT:  Yes.
22      THE COURT:  Ms. Russo, it sounds like
23  (unintelligible) it's not necessary, but if you're able to --
24  are you able to let me know if you'll be filing a detention
25  memo?

1    MS. RUSSO:  Yes, Your Honor.  I plan to file it
2    tonight, before I leave, so you will have it.
3               THE COURT:  Can you, basically, orally note your
4    basis for detention, if you have that?  Or do you need a moment
5    to go get that?
6               MS. RUSSO:  I do, Your Honor.  So under 18 U.S.C.
7    § 3142(f)(1)(A), the judicial officer will hold a detention
8    hearing when there's a crime of violence.  That crime of
9    violence is defined to include any felony under Chapter 110 or
10   Chapter 117.  The defenses the defendant is charged with are
11   both under Chapter 110 offenses and the -- therefore, they
12   would qualify for detention.  There's actually a rebuttable
13   presumption under 3142(e)(3)(E) for the receipt of child
14   pornography; it's not for the actual possession.
15              THE COURT:  Say that last part again, about the
16   access of intent versus --
17              MS. RUSSO:  Access with intent to view and possession
18   of child pornography does not carry the rebuttable presumption,
19   although it does -- it does constitute a crime of violence and
20   does give me the right to proceed with detention, but the other
21   count gives me the rebuttable.
22              THE COURT:  The receipt of child pornography?
23              MS. RUSSO:  Correct.
24              THE COURT:  All right.  Anything else on your end,
25   Ms. Russo?

1                    MS. RUSSO:  Nothing from me.  Thank you very much,
2        Your Honor.
3                    THE COURT:  Mr. German, anything else on your end?
4                    MR. GERMAN:  No.  Thank you.
5                    THE COURT:  And you have whatever you need in terms
6        of coordinating with pretrial?  Mr. Copes is on the line, if
7        you need a residence or anything, Mr. German.  You've got all
8        you need from them?
9                    MR. GERMAN:  I'll reach out to him, Your Honor, yes.
10                   THE COURT:  Great.  Thanks.
11                   Mr. Copes, I wanted to make sure that you're fully
12       aware.  Anything further, Mr. Copes?
13                   PRETRIAL SERVICES:  Nothing further.  Thanks, Your
14       Honor.
15                   THE COURT:  That's it for today, Mr. Glover.  I'll
16       see you tomorrow at 4 p.m.  Okay?
17                   THE DEFENDANT:  Okay.
18                   THE COURT:  Thank you.  The parties are excused.
19                   MS. RUSSO:  Thank you, Your Honor.
20                                  *  *  *
21
22
23
24
25

```
1                         CERTIFICATE
2        I do hereby certify that the foregoing is a true, correct
3    and complete transcript of the audio-recorded proceedings in
4    this matter, audio recorded on September 22, 2021, and
5    transcribed from the audio recording to the best of my ability,
6    and that said transcript has been compared with the audio
7    recording.
8                              Dated:  December 17, 2021
9
10                             /s/_____
                               Janice Dickman
11                             Official Court Reporter
                               333 Constitution Avenue
12                             Washington, DC  20001
                               202-354-3267
```