**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 22-134 (RBW) |
| RAYMOND GLOVER, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on April 28, 2022, via videoconference, it is hereby

**ORDERED** that, on May 11, 2022, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that the time from April 28, 2022, to May 11, 2022, is excluded under the Speedy Trial Act, in light of the defendant's representation that he will be retaining new counsel.

**SO ORDERED** this 28th day of April, 2022.

_____
REGGIE B. WALTON
United States District Court Judge