

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-134 (RBW) |
| ) | |
| RAYMOND GLOVER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 11, 2022, via videoconference, it is hereby

**ORDERED** that, on May 19, 2022, at 10:00 a.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that the time from May 11, 2022, to May 19, 2022, is excluded under the Speedy Trial Act, in light of the defendant's representation that he needs additional time to retain new counsel.

**SO ORDERED** this 11th day of May, 2022.

REGGIE B. WALTON
United States District Court Judge