

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-134 (RBW) |
| ) | |
| RAYMOND GLOVER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 19, 2022, via videoconference, it is hereby

**ORDERED** that, on May 25, 2022, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the time from May 19, 2022, to May 25, 2022, is excluded under the Speedy Trial Act, in light of the defendant's representation that he needs additional time to retain new counsel.

**SO ORDERED** this 19th day of May, 2022.

REGGIE B. WALTON
United States District Court Judge