

**FILED**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-134 (RBW) |
| ) | |
| RAYMOND GLOVER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 25, 2022, via teleconference, it is hereby

**ORDERED** that, on July 15, 2022, at 9:30 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the government and the defendant, the time from June 13, 2022, to July 15, 2022, is excluded under the Speedy Trial Act, in light of the need for further discussions between the defendant and defense counsel about how the case should be resolved.

**SO ORDERED** this 13th day of June, 2022.

REGGIE B. WALTON
United States District Court Judge