UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-134 (RBW) |
| ) | |
| RAYMOND GLOVER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on July 15, 2022, via teleconference, it is hereby

**ORDERED** that, on August 26, 2022, at 11:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the government and the defendant, the time from July 15, 2022, to August 26, 2022, is excluded under the Speedy Trial Act, in light of the need for additional time for the defendant to undergo evaluation and for the parties to further discuss potential resolution of this case.

**SO ORDERED** this 15th day of July, 2022.

REGGIE B. WALTON
United States District Court Judge