**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-134 (RBW)** |
| : | : | |
| **RAYMOND T. GLOVER,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Jocelyn Bond is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 481052

  _/s// Jocelyn Bond_____
JOCELYN BOND
D.C. 1008904
Assistant United States Attorney
District of Columbia
601 D Street, NW,
Washington, D.C. 20530
Telephone No. (202) 809-0793
Jocelyn.Bond@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 29th day of August, 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

*/s// Jocelyn Bond*
Jocelyn Bond
Assistant United States Attorney
