

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 22-134 (RBW) |
| RAYMOND GLOVER, | ) |
| Defendant. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on August 26, 2022, via teleconference, it is hereby

**ORDERED** that, on October 19, 2022, at 12:00 p.m., the parties shall appear before the Court for a status hearing, via videoconference.[1]  It is further

**ORDERED** that, with the consent of the government and the defendant, the time from August 26, 2022, to October 19, 2022, is excluded under the Speedy Trial Act, in light of the need for additional time for the parties to further discuss potential resolution of this case.

**SO ORDERED** this 30th day of August, 2022.

REGGIE B. WALTON
United States District Court Judge

---

[1] In the event that the parties reach an agreement prior to the October 19, 2022 status hearing, the parties shall notify the Court on or before October 7, 2022, to request that the status hearing be converted into a plea hearing.  If the hearing is converted to a plea hearing, the parties shall submit the necessary paperwork to the Court on or before October 17, 2022.