AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> RAYMOND GLOVER ) <br> *Defendant* ) | Case No. 1:22-cr-134-RBW-1 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAYMOND GLOVER                                                                                                                  .

Date:     10/26/2022

*Attorney's signature*

David Benowitz Bar No. 451557
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

david@pricebenowitz.com
*E-mail address*

(202) 571-5249
*Telephone number*

(202) 664-1331
*FAX number*