UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>RAYMOND GLOVER,<br><br>          Defendant. | Case No. 22-cr-134 (RBW) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Jose A. German, respectfully moves this Honorable Court for an order allowing counsel to withdraw as attorney of record for Raymond Glover.

Counsel was previously appointed to represent Mr. Glover at his initial appearance. On October 26, 2022, David B. Benowitz entered a notice of appearance as retained counsel for Mr. Glover.

Accordingly, undersigned counsel moves this Court for permission to withdraw as attorney for Mr. Glover.

                                            Respectfully submitted,

                                            A. J. Kramer
                                            Federal Public Defender

                                            */s/*
                                            Jose A. German
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, N.W., Suite 550
                                            Washington, D.C.  20004
                                            (202) 208-7500