# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 22-134 (RBW) |
| | ) | |
| RAYMOND GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In light of the parties' communications with the courtroom deputy clerk regarding rescheduling the December 14, 2022 status hearing, it is hereby

**ORDERED** that the status hearing scheduled for December 14, 2022, is **VACATED**.

**SO ORDERED** this 14th day of December, 2022.

REGGIE B. WALTON
United States District Court Judge