UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )      Criminal Action No. 22-134 (RBW)<br>)<br>RAYMOND GLOVER,                  )<br>)<br>Defendant.               )<br>) | |

### ORDER

In light of the parties' communications with the courtroom deputy clerk regarding the need to reschedule the vacated December 14, 2022 status hearing, it is hereby

**ORDERED** that, on December 20, 2022, at 3:30 p.m., the parties shall appear before the Court for a status hearing, via videoconference.

**SO ORDERED** this 16th day of December, 2022.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge