# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-134 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **RAYMOND GLOVER,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF DISCOVERY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery as outlined in the enclosed discovery letter.

                                        Respectfully submitted,

                                        MATTHEW GRAVES
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:    _/s// Jocelyn P. Bond_
             Jocelyn P. Bond
             D.C. Bar No. 1008904
             Assistant United States Attorney
             Federal Major Crimes
             United States Attorney's Office for D.C.
             601 D Street, N.W.
             Washington, D.C. 20530
             E-mail: Jocelyn.Bond@usdoj.gov
             Telephone: (202) 252-2571

**CERTIFICATE OF SERVICE**

On this 27th day of January 2023, a copy of the foregoing was served upon defense counsel via the Electronic Case Filing (ECF) System.

                                                   */s/ Jocelyn P. Bond*
                                                   Jocelyn P. Bond
                                                   Assistant United States Attorney