UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.   22-cr-134-RBW |
| | : | |
| RAYMOND GLOVER, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Raymond Glover stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2).

### *Factual Proffer*

1. On or about September 21, 2021, Homeland Security Investigations (HSI) agents executed a search warrant at Glover's home in Washington, D.C. Glover was present at his home during the execution of the warrant. Glover's laptop and connected monitor were displayed on his desk in the living room. A child pornography video was playing on one screen. The video depicted an infant being orally penetrated and vaginally raped by an adult male. On another screen, a number of adult males appeared to be watching and masturbating.

2. On Glover's desk, agents discovered approximately one gram of methamphetamine next to the laptop and monitor where the child pornography was playing.

3. After receiving *Miranda* warnings, Glover stated that he moved into his residence in January 2021, and that he lived alone. Glover stated all the computer devices in the residence belonged to him.

4. Glover stated that he had just logged into Application A. Application A is similar to Web-Ex or Microsoft Teams. Users can see video of other users and live stream or share video.

5. Glover told agents that he has seen child pornography files posted within the Application A chat groups to which he belongs. Glover stated that some of the child pornography videos posted in the Application A chat groups depicted children as young as 5 or 6 years of age. Glover stated individuals also posted links to cloud storage sites. Glover stated these links allowed him to gain access to child pornography.

6. Glover further stated that agents would find child pornography on his phone. On the phone, which was connected to an Application A account, agents discovered that Glover was in several different Application A groups and that the groups were primarily devoted to the exploitation of children. They also observed that Glover had clicked on and saved numerous of the child pornography files that were shared in these groups.

7. An analysis of Glover's phone further revealed Glover had saved videos originally posted on Application A into a separate Application A based storage location accessible from Glover's Apple iPhone. HSI agents reviewed this Application A storage location and discovered numerous videos depicting child pornography. The videos all indicated they had been saved on August 16, 2021.

8. During the search warrant execution, agents seized 13 electronic devices, to include two phones, the laptop, and a number of others. Glover's devices contained over 60 videos and 60 images that meet the federal definiton of child pornography. These videos and images were downloaded between the dates of September 27, 2019 and September 21, 2021. For example, one video approximately 1 minute and 23 seconds in length depicted a prepubescent female being penetrated by an adult male's penis in her vagina. Another video file approximately 52 seconds in length depicted a prepubescent female being penetrated by an adult male penis in her vagina. A third

video file approximately 30 seconds in length depicted an adult male penetrating a female infant with his finger in her vagina.

9.  Glover downloaded the child pornography videos and images found on his devices using the Internet, a facility of interstate or foreign commerce, from his residence in the District of Columbia.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  _____/s/ Jocelyn Bond_____
Jocelyn Bond
DC Bar #1008904
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0793

## DEFENDANT'S ACKNOWLEDGMENT

I, Raymond Glover, have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 3/14/23

Raymond Glover
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I am Raymond Glover's defense attorney. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

Date: 3/14/23

David Benowitz, Esq.
Attorney for Defendant

Rammy Barbari
for David Benowitz
DC# 1032106