UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAYMOND GLOVER, )<br>)<br>Defendant. ) | Criminal Action No. 22-134 (RBW) |

## ORDER

In light of the defendant's guilty plea, see Minute Entry (Mar. 14, 2023), it is hereby

**ORDERED** that the pre-trial conference currently scheduled for April 11, 2023, is **VACATED**. It is further

**ORDERED** that the trial currently scheduled to commence on May 22, 2023, is **VACATED**.

**SO ORDERED** this 24th day of March, 2023.

_____
REGGIE B. WALTON
United States District Court Judge